# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1667

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Nebraska. |
| | * | |
| Malik Jarmon, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: June 18, 2002
Filed: June 21, 2002

_____

Before LOKEN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Malik Jarmon appeals the sentence imposed by the district court[1] upon his guilty plea to a drug offense. Pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), counsel has moved to withdraw and has filed a brief challenging the harshness of Jarmon's 70-month prison sentence. We affirm.

We will not entertain counsel's argument because Jarmon entered into a plea agreement wherein he specifically agreed to the prison sentence he received. <u>See</u>

_____

[1]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

<u>United States v. Nguyen</u>, 46 F.3d 781, 783 (8th Cir. 1995) (defendant who voluntarily exposes himself to specific sentence may not challenge that punishment on appeal). Further, Jarmon's sentence was within the applicable and unobjected-to Guidelines range. <u>See</u> <u>United States v. Woodrum</u>, 959 F.2d 100, 101 (8th Cir. 1992) (per curiam) (sentence is not reviewable merely because it is at top of properly calculated Guidelines range).

Having reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues.

Accordingly, we affirm, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.